# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA

United States ,

    Plaintiff,

v.

    Civil Action No. 3:10-mj-102

Luis Antonio Fuentes ,

    Defendant.

## ORDER

IT APPEARING TO THE COURT that the above-named petitioner is duly enrolled in law school, has completed at least three semesters of legal studies, and has knowledge of the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Code of Professional Responsibility, and the Local Rules of the Court; that the petitioner is supervised by a certified supervising attorney, has read Civil Rule 84 of the Local Rules of this Court, and agrees to comply with all requirements therein; and that the petitioner is of good character, sufficient legal ability and is adequately trained to fulfill the responsibilities of a legal intern to both the client and to the Court; NOW THEREFORE,

IT IS ORDERED by the Court that __Candace Davis__ be, and is hereby certified to participate as counsel in civil and criminal cases in the United States District Court for the Western District of North Carolina as a student practitioner. The petitioner may represent a client in any criminal, civil or administrative matter; however, the Court retains the authority to limit a student's participation in any individual case.

This 2 day of July, 2010.

_____
The Honorable